UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRIS M. DAVIES,

    Plaintiff,

    v.

STATE OF WASHINGTON; DEPARTMENT OF LABOR & INDUSTRIES; GARY WEEKS, in his individual capacity; PAUL TRAUSE, in his individual capacity; PATRICK WOODS, in his individual capacity; and ROBERT "ROBB" MARVIN, in his individual capacity,

    Defendants.

Case No. C05-5587FDB

ORDER RE WITHDRAWAL OF COUNSEL FOR DEFENDANT ROBERT "ROBB" MARVIN

    Counsel for Defendants moves pursuant to GR 2(f)(4) for an order allowing defense counsel to withdraw as counsel for Defendant Robert "Robb" Marvin for the reason that after her entry of appearance, the State received results of an independent investigation indicating that Defendant Marvin is not entitled to state defense pursuant to RCW 4.92.070. (See Decl. of Suzanne Parisien.)

    ACCORDINGLY, IT IS ORDERED:

    1.    Defendant Robert "Robb" Marvin shall advise the Court by no later than **Wednesday, November 30, 2005** whether he will proceed pro se or with new

ORDER - 1

counsel, who should make an appearance by November 30, 2005, or as soon thereafter as possible.

2. After the Court is advised by Mr. Marvin of how he will proceed, the Court will address the motion of his present counsel to withdraw.

DATED this 2nd day of November, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2